### CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 2nd amended plan

DEBTOR: **RAUL TRUJILLO**     JOINT DEBTOR: **MIRIAM G. TRUJILLO**   CASE NO.: 14-31180
Last Four Digits of SS# XXX-XX-8885     Last Four Digits of SS# XXX-XX-7556

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 150.00 for months 1 to 60;
- B. $_____ for months ____ to ____;
- C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00   TOTAL PAID $1,650.00
Balance Due $ 2,000.00   payable $ 125.00 /month (Months 1 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. ___None___       Arrearage on Petition Date $_____
Address:_____       Arrears Payment $____/month (Months ____ to ____)
                         Regular Payment $____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | 0 % | $ 0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____ Total Due $_____
              Payable $____/month (Months ___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 10.00 /month (Months 1 to 16), $ 135.00/month (Months 17 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtors will continue to pay their 1st mortgage to Wells Fargo (Account No.XXX-9489) and 2nd mortgage with Wells Fargo (Account No.XXX- 0001) for the property located at 1042 W 68th Street, Hialeah, FL 33014-5151 outside of the plan. The Debtors will continue to pay the mortgage to Bank of America (xxxx6382) on the homestead property located at 2273 NW 159th Lane, Pembroke Pines, FL 33028-2437.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Raul Trujillo                              /s/ Miriam Trujillo
Debtor                                         Joint Debtor
Date: 12/17/2014                               Date: 12/17/2014
LF-31 (rev. 06/02/08)