UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                           Case No. 14-31180-LMI
Raul Trujillo                                                 Chapter 13
        and

Miriam G Trujillo
_____Debtors_____/

**CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY,** that a true and correct copy of the Objection to Claim of Bank of America, N.A. [Claim #8] and Notice of Hearing were sent to all interested parties on February 12, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee


Via First Class Mail:

Debtors, Raul & Miriam G. Trujillo
2273 NW 159 Lane
Pembroke Pines, FL 33028

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

| | |
|---|---|
| Bank of America Corporation<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Bank of America Corporation<br>Brian T. Moynihan, CEO<br>401 N Tryon ST, NC1-021-02-20<br>Charlotte, NC 28255 |

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100

Bank of America, N.A.
c/o Frank J. Gomez, Esquire
Florida Foreclosure Attorneys, PLLC
4855 Technology Way, Suite 500
Boca Raton, FL 33431

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161