RE:     Raul Trujillo and Miriam G Trujillo                                             Case Number 14-31180

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows  (If this case is dismissed, this deficiency is an objection to reinstatement until all documents are received or all issues are addressed):

**IF THIS CASE IS NOT DISMISSED**, A WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS REQUESTED BELOW MUST BE <u>RECEIVED</u> BY 5PM AT LEAST FIFTEEN DAYS (NOT INCLUDING HOLIDAYS) PRIOR TO THE NEXT CONFIRMATION HEARING TO AVOID DISMISSAL.  Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered as there is not sufficient time for an additional review of this case.  <u>**Call the Trustee's office prior to "re-sending" untimely documents that  were received less than 15 days prior to the confirmation hearing.**</u>  *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee*

*<u>The debtor or debtor's attorney must appear at the confirmation hearing even if they pre-hear with the Trustee.</u>*  The debtor may be dismissed for failure to fund the plan if they are delinquent in payments.  The Court may dismiss this case if no one appears to represent the debtor at  the confirmation hearing.

---

IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR. **The Trustee may object to the appearance of coverage counsel if her recommendation is contested and the attorney of record did not contact her office to seek resolution**

===========================================================================

*Recommendation for March 3, 2015 hearing is based on documents/amended received/filed by February 13, 2014  at 5PM (<u>Call the Trustee's office prior to "re-sending" untimely documents</u> )*

<u>Cont to 4/7:</u>

<u>on or before 5pm on 3/20 (Friday) debtor must</u> obj/amend to claim #9

        I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

                                Submitted by
                                NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
                                P.O. BOX 279806, MIRAMAR, FL 33027                (954)  443-4402