

ORDERED in the Southern District of Florida on March 13, 2015.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No. 14-31180-LMI
Raul Trujillo                                                       Chapter 13
            and
Miriam G Trujillo
_____Debtors_____/

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

**THIS MATTER** having come upon Debtor's Objection to Claim of Wells Fargo Bank, N.A. (claim #9; ECF #53) and based on the record and agreement by both parties, IT IS;

**ORDERED AND ADJUDGED:**

1. Creditor received $1,801.21 on March 2, 2015 for the escrow shortage. This amount shall be applied to the escrow shortage and not towards the principal of the mortgage.

2. Thus, the objection to the arrears proof of claim of Wells Fargo Bank, N.A. (claim #9) is **SUSTAINED**.

3. The arrears on the claim are stricken as the escrow shortage has been cured.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.